1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CBN 189450
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11

12 SALVADORA CASTRO            )
   DOMINGUEZ,                  )     CIVIL NO. 07-04812 MHP
13                             )
                               )
14       Plaintiff,            )     STIPULATION FOR EXTENSION OF TIME
                               )     TO FILE DEFENDANT'S CROSS MOTION
15       v.                    )
                               )
16 MICHAEL J. ASTRUE,          )
   Commissioner of             )
17 Social Security,            )
                               )
18       Defendant.            )
   _____)
19

20      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

21 of the Court, that Defendant shall have a 30-day extension of time up to and through May 24, 2005, in which

22 to e-file his Cross Motion for Summary Judgment. This extension is requested because Defendant needs

23 additional time to further review the merits of the decision

1

2  Dated:  April 22, 2008                              /s/ Barbara M. Rizzo
                                                      *(As authorized via fax on April 22, 2008)*
3                                                     BARBARA M. RIZZO
                                                      Attorney for Plaintiff
4

5                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney
6                                                     LUCILLE GONZALES MEIS
                                                      Regional Chief Counsel, Region IX
7

8  Dated:  April 22, 2008              By:    /s/ Theophous H. Reagans
                                                      THEOPHOUS H. REAGANS
9                                                     Special Assistant United States Attorney

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

13  Dated: 4/25/2008

14                                                    *IT IS SO ORDERED*
                                                      Judge Marilyn H. Patel
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2