1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  ARMAND ROTH, SBN CA 214624
   Special Assistant United States Attorney
5
6      333 Market Street, Suite 1500
       San Francisco, California 94105
7      Telephone: (415) 977-8924
       Facsimile: (415) 744-0134
8      E-Mail: armand.roth@ssa.gov
9
   Attorneys for Defendant
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVADORA CASTRO DOMINGUEZ, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 07-04812 MHP |
| ) | |
| v. ) | SUBSTITUTION OF COUNSEL |
| ) | and ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant U.S. Attorney as its counsel of record in the above-captioned case in place of Special Assistant U.S. Attorney Theophous H. Reagans:

///

///

| | |
|---|---|
| 1 | Armand Roth |
| 2 | Special Assistant U.S. Attorney |
| | 333 Market Street, Suite 1500 |
| 3 | San Francisco, CA 94105 |
| 4 | Telephone: (415) 977-8924 |
| | Facsimile: (415) 744-0134 |
| 5 | E-Mail: armand.roth@ssa.gov |

                                    Respectfully submitted,

DATED: April 28, 2008               JOSEPH P. RUSSONIELLO
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ Armand Roth
                                    ARMAND ROTH
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant



IT IS SO ORDERED
Judge Marilyn H. Patel
4/29/2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2